IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RAMONE WILLIE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-192 |
| | ) | |
| HAROLD SIMPSON, Correctional Officer I; | ) | |
| JULIAN GREENAWAY, CERT Officer; | ) | |
| ANTOINE NABORS, CERT Officer; | ) | |
| JUSTIN WASHINGTON, CERT Officer; | ) | |
| ANTONIO BINNS, CERT Officer; | ) | |
| LENON BUTLER, CERT Officer; | ) | |
| CLIFFORD BROWN, Correctional Officer I; | ) | |
| DEVON PERRY, Correctional Officer; | ) | |
| JOHN WILLIAMS, Blue Uniform Sgt.; and, | ) | |
| JERRY L. BEARD, Captain, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's deliberate indifference claims against Defendants Greenaway, Nabors, Binns, Washington, and Beard. Plaintiff's claim for use of excessive force shall

proceed against all ten Defendants, and his claim for deliberate indifference to a serious medical need shall proceed against Defendant Butler.

SO ORDERED this 18th day of June, 2015, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA