IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RAMONE WILLIE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-192 |
| | ) | |
| HAROLD SIMPSON, Correctional Officer I; | ) | |
| JULIAN GREENAWAY, CERT Officer; | ) | |
| RODGERICK NABORS, CERT Officer; | ) | |
| JUSTIN WASHINGTON, CERT Officer; | ) | |
| ANTONIO BINNS, CERT Officer; | ) | |
| LENON BUTLER, CERT Officer; | ) | |
| CLIFFORD BROWN, Correctional Officer I; | ) | |
| DEVON PERRY, Correctional Officer; | ) | |
| JOHN WILLIAMS, Blue Uniform Sgt.; | ) | |
| and, JERRY L. BEARD, Captain, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS IN PART** and **DENIES IN PART** Defendants' motion for summary judgment. (Doc. no. 64.) The Court grants summary judgment as to the deliberate indifference claim, the excessive force claim against Defendant Clifford Brown, and the excessive force claim against Defendants Simpson and Perry as it relates to their initial

confrontation prior to the point of Plaintiff being handcuffed with both hands. The case shall proceed to trial on the excessive force claim as it relates to the allegations of excessive force after the handcuffing, both inside Building 14 and the elevator.

SO ORDERED this 25th day of August, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA