IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RAMONE WILLIE GREEN, <br><br> Plaintiff, <br><br> v. <br><br> HAROLD SIMPSON, Correctional Officer I; JULIAN GREENWAY, CERT Officer; RODGERICK NABORS, CERT Officer; JUSTIN WASHINGTON, CERT Officer; ANTONIO BINNS, CERT Officer; LENON BUTLER, CERT Officer; CLIFFORD BROWN, Correctional Officer I; JOHN WILLIAMS, Blue Uniform Sgt.; and JERRY L. BEARD, Captain, <br><br> Defendants. | CV 114-192 |

**O R D E R**

Presently before the Court is the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 105.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA